UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

FILED
JAN 17 2019
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19-CR-2

SCOTTIE L. BOYKIN  18 U.S.C. § 472
 18 U.S.C. § 875(d)
 18 U.S.C. § 2261A(2)(B)

## INDICTMENT

**The Grand Jury Charges:**

### COUNT ONE

On or about September 13, 2018, in the Northern District of Mississippi and elsewhere, SCOTTIE L. BOYKIN, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: counterfeit Federal Reserve Notes in the approximate amount of $4,200.00 given to L.L., in violation of Title 18, United States Code, Section 472.

### COUNT TWO

On or about September 13, 2018, in the Northern District of Mississippi and elsewhere, SCOTTIE L. BOYKIN, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: counterfeit Federal Reserve Notes in the approximate amount of $500.00 given to L.L., in violation of Title 18, United States Code, Section 472.

## COUNT THREE

On or about December 14, 2017, in the Northern District of Mississippi and elsewhere, SCOTTIE L. BOYKIN, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: counterfeit Federal Reserve Notes in the approximate amount of $2,000.00 given to C.M., in violation of Title 18, United States Code, Section 472.

## COUNT FOUR

From on or about December 14, 2017, to on or about January 1, 2018, in the Northern District of Mississippi and elsewhere, SCOTTIE L. BOYKIN, defendant, with the intent to extort from C.M. something of value, did knowingly transmit in interstate commerce one or more communications containing a threat to injure the reputation of C.M., in violation of Title 18, United States Code, Section 875(d).

## COUNT FIVE

From on or about December 14, 2017, to on or about January 1, 2018, in the Northern District of Mississippi and elsewhere, SCOTTIE L. BOYKIN, defendant, did, with the intent to harass and intimidate, us an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be

reasonably expected to cause substantial emotional distress to C.M., in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL:

/s/ Signature Redacted
**FOREPERSON**

WILLIAM C. LAMAR
UNITED STATES ATTORNEY

-3-