

RECEIVED
JAN 17 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:19-CR- 2

SCOTTIE L. BOYKIN　　　　　　　　　　18 U.S.C. § 472
　　　　　　　　　　　　　　　　　　　18 U.S.C. § 875(d)
　　　　　　　　　　　　　　　　　　　18 U.S.C. § 2261A(2)(B)

## NOTICE OF PENALTIES

### Counts One through Three

NMT 20 years imprisonment — 18 U.S.C. § 472;
NMT $250,000 fine — 18 U.S.C. § 3571;
NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

### Counts Four

NMT 2 years imprisonment — 18 U.S.C. § 875(d);
NMT $250,000 fine — 18 U.S.C. § 3571;
NMT 1 years supervised release — 18 U.S.C. § 3583(b)(3); and
$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

### Counts Five

NMT 5 years imprisonment — 18 U.S.C. § 2261(b)(5);
NMT $250,000 fine — 18 U.S.C. § 3571;
NMT 3 years supervised release — 18 U.S.C. § 3583(b)(2); and
$100 special assessment — 18 U.S.C. § 3013(a)(2)(A).

ROBERT J. MIMS, MSB #9913
Assistant United States Attorney
900 Jefferson Avenue
Oxford MS 38655
telephone 662/234-3351
fax 662/234-3372