**CRIMINAL CASE COVER SHEET**         **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**     **Related Case Information:**

City Columbus     Superseding Indictment _____ Case Number _____

County Lowndes     Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

RECEIVED JAN 17 2019 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

**Defendant Information:**

Juvenile: ☐ Yes ☒ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Scottie Lee Boykin

Alias Name _____

Address Columbus, MS 39702

DOB 1971   SS# ***-**-6563   Sex M   Race W   Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☒ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts   5     ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.472.F | Uttering Counterfeit Obligations | 1, 2, 3 |
| Set 2 18.875.D.F | Blackmail | 4 |
| Set 3 18.2261.A.F | Stalking | 5 |
| Set 4 | | |

**U.S. Attorney Information:**   AUSA Robert J. Mims     Bar # 9913

Date: 1-17-19     Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)     1:19CR002